**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DEBRA LYNN BERRIOS,

        Plaintiff,

v.                                      Case No:  6:17-cv-1706-Orl-40JRK

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Claimant's appeal of the Commissioner of the Social Security Administration's final decision denying her claim for disability insurance benefits (Doc. 23) filed on September 29, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be affirmed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 11, 2019 (Doc. 23), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner of the Social Security Administration's final decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment pursuant to sentence four of 42 U.S.C. § 405(g).

4. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 29, 2019.

*[signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties